IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
(Fort Myers Division)

Case No.: 2:23-cv-00751

KARL MINDEL AND
ROBIN MINDEL,

    Plaintiffs,                          Removed from Circuit Court
                                        of Collier County, Florida
v.                                          Case No: 2023-CA-002568

NATIONAL SPECIALTY INSURANCE
COMPANY,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiffs, KARL MINDEL AND ROBIN MINDEL, and Defendant, NATIONAL SPECIALTY INSURANCE COMPANY, have reached a settlement of the subject action and all claims asserted therein. The Court is to retain jurisdiction to enforce the terms of the settlement agreement reached between the parties.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 13, 2024, a true and correct copy of the foregoing document was electronically filed with the Florida Courts E-Filing Portal via transmission of Notices of Electronic Filing generated by Florida Courts E-Filing Portal (eservice@myflcourtaccess.com).

                                            */s/ J.C. Quintana*
                                            J.C. Quintana, Esq.
                                            Fla. Bar No.: 115572
                                            E-mail: jcq@qlawgroup.law
                                            **Q LAW GROUP, P.A.**
                                            2330 S. BAYSHORE DRIVE, SUITE 220
                                            COCONUT GROVE, FLORIDA 33133
                                            TEL.: (305) 419-4090
                                            FAX: (305) 419-4091

                                                                            _____
                                                                            *Counsel for Plaintiffs*

Case 2:23-cv-00751-JLB-K_D    Document 29    Filed 06/13/24    Page 2 of 2 PageID 279